AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

MICHAEL L. MARTIN,
Plaintiff,

v.

UVALDE CITY POLICE DEPARTMENT,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-18-CV-015-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation prepared by Judge Garcia in the instant case is APPROVED and ADOPTED. The Plaintiff's Application to Proceed In Forma Pauperis is DENIED and his Complaint is DISMISSED WITH PREJUDICE.

3/16/2021
Date

Jeannette J. Clack
Clerk

*H. Sanchez*
(By) Deputy Clerk